UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )    Case No. 1:13-cr-00244-PLM-3
                                  )
v.                                )    Honorable Paul L. Maloney
                                  )
NICKEY JOE DUPREST,               )
                                  )
        Defendant.                )
_____)

### REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on November 14, 2014, after receiving the written consent of defendant and all counsel. At the hearing, defendant Nickey Joe Duprest entered a plea of guilty to Counts 1 & 2 of the Third Superseding Indictment in exchange for the undertakings made by the government in the written plea agreement. In Count 1 defendant is charged with a drug conspiracy, in violation of 21 U.S.C. Sections 846, 841(a)(1), 841(b)(1)(A)(ii), and 841(b)(1)(D), and in Count 2 he is charged with a money laundering conspiracy, in violation of 18 U.S.C. Sections 1956(h), 1956(a)(1), and 1956(c). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Counts 1 & 2 of the Third Superseding Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date:  November 14, 2014                             /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).